UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DANIEL J. NEWLIN, P.A., d/b/a THE LAW OFFICES OF DAN NEWLIN & PARTNERS, DAN NEWLIN & PARTNERS, and DAN NEWLIN & PARTNERS INJURY ATTORNEYS, a Florida corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEX MEDIA HOLDINGS, INC., d/b/a DEXYP, a foreign profit corporation; FENSTERSHEIB LAW GROUP, P.A., a Florida profit corporation; ROBERT J. FENSTERSHEIB, an individual; and DAVID S. FENSTERSHEIB, an individual,<br><br>　　　　Defendants.<br>_____/ | CASE NO. |

## NOTICE OF REMOVAL OF CIVIL ACTION FROM CIRCUIT COURT

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Dex Media Holdings, Inc., d/b/a DexYP ("Defendant DexYP") hereby removes to this Court, the above-captioned action, which Plaintiff filed in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida ("Orange County Circuit Court").  This Court has original jurisdiction over the action pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1338, and 28 U.S.C. § 1367 because it a civil action involving claims of federal trademark infringement and unfair competition. The grounds for removal are as follows:

## I.
## PROCEDURAL HISTORY

1.　　On December 31, 2018, Plaintiff Daniel J. Newlin, P.A., d/b/a The Law Offices of Dan Newlin & Partners, Dan Newlin & Partners, and Dan Newlin & Partners Injury Attorneys

filed in the Circuit Court of the Ninth Judicial Circuit an action against Defendant DexYP entitled *Daniel J. Newlin, P.A., d/b/a The Law Offices of Dan Newlin & Partners, Dan Newlin & Partners, and Dan Newlin & Partners Injury Attorneys vs. Dex Media Holdings, Inc., d/b/a DexYP, Fenstersheib Law Group, P.A., Robert J. Fenstersheib and David S. Fenstersheib*, Case No. 2018-CA-014093-O (the "Circuit Court Action").

2. Plaintiff alleges defendants have conspired to violate the trade names and associated logos "Dan Newlin & Partners" and "Dan Newlin & Partners Injury Attorneys," which are owned by Plaintiff and registered with the United States Patent and Trademark Office under registration numbers 5553966, 5553968, 5553969. (Complaint at 3). Based on this allegation, Plaintiff's Circuit Court Action alleges the following causes of action: (1) Unauthorized Use of Name for Advertising; (2) Violation of Florida's Deceptive and Unfair Trade Practices Act; (3) Service Mark Infringement; (4) Violation of Florida's Misleading Advertising Law; (5) Common Law Unfair Competition; (6) Aiding and Abetting Unauthorized Use of Name for Advertising; (7) Civil Conspiracy to Commit Unauthorized Use of Name for Advertising; (8) Aiding and Abetting Service Mark Infringement; (9) Civil Conspiracy to Commit Service Mark Infringement; (10) Aiding and Abetting the Violation of Florida's Misleading Advertising Law;  and (11) Civil Conspiracy to Violate Florida's Misleading Advertising Law, each based on alleged violations of Plaintiff's service and trademarks registered with the United States Patent and Trademark Office.

3. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 4.02(b), a true and correct copy of Plaintiff's Complaint and all process, pleadings, and other papers on file in the state court case are attached as hereto as composite **Exhibit 1**.

4. Defendant DexYP was served with the Summons and Complaint on February 7, 2019.

5. Under 28 U.S.C. § 1446(b), a notice of removal must be filed within thirty (30) days after the receipt by the defendant of the initial pleading. Thirty (30) days from February 7, 2019 is March 9, 2019. Thus, this Notice of Removal is timely.

6. Defendants Fenstersheib Law Group, P.A., Robert J. Fenstersheib, and David

S. Fenstersheib, consent to removal.

## II.
## THIS COURT HAS ORIGINAL JURISDICTION OVER THIS CASE BASED ON FEDERAL QUESTION

7.      Pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1338, and 28 U.S.C. § 1367, this Court has original jurisdiction of this matter.  This matter is one that Defendant DexYP may remove to this Court pursuant to 28 U.S.C. § 1338 because the action is one involving a claim of unfair competition arising from a federally registered trademark.

8.      More specifically, Plaintiff asserts claims for violations of service and trademarks registered with the United States Patent and Trademark Office. *See* Complaint ¶ 11 (listing trademarks); Complaint ¶ 11 footnote 1 ("The trade names and associated logos 'Dan Newlin & Partners' and 'Dan Newlin & Partners Injury Attorneys' are registered with the United States Patent and Trademark Office under registration numbers, 5553966, 5553968, and 5553969.); Complaint ¶ 27 (alleging violations of Federal law).  The previously described allegations concerning federal law and federally registered trademarks are incorporated into each count of the Complaint.  *See* Complaint ¶¶ 40, 51, 59, 66, 76, 82, 93, 104, 112, 120, 128, 140, 150.

## III.
## VENUE

9.      Venue is proper in the Middle District of Florida, because this district embraces the Circuit Court of the Ninth Judicial Circuit of Orange County, Florida, the court in which this action is pending.  28 U.S.C. §§ 84(d), 1391(b), and § 1441(a).

10.     Defendant DexYP will file a copy of this Notice of Removal with the Clerk of the Circuit Court of the Ninth Judicial Circuit of Orange County, Florida, and give notice of the same to counsel for Plaintiff, as required by 28 U.S.C. § 1446(d).

## IV.
## NO WAIVER OF DEFENSES

11. Defendant DexYP submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has plead claims upon which relief can be granted.

## V.
## CONCLUSION

12. Having fulfilled all statutory requirements, Defendant DexYP respectfully removes the Circuit Court Action pending in the Circuit Court of the Ninth Judicial Circuit of Orange County, Florida to this Court, and respectfully requests that this Court assume full jurisdiction over the matter as provided by law and permit this action to proceed before it.

Dated: February 27, 2019

Respectfully submitted,

By  */s/ Charles A. Carlson*
Charles A. Carlson
Florida Bar No. 716286
**BARNETT BOLT KIRKWOOD LONG KOCHE & FOSTER, P.A.**
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
Tel.: (813) 253-2020 / Fax: (813) 251-6711
E-mail: ccarlson@barnettbolt.com
Secondary e-mail: litigation@barnettbolt.com

ATTORNEYS FOR DEFENDANT DEX MEDIA HOLDINGS, INC. d/b/a DEXYP

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing will be served by electronic service through the Clerk of the Court's CM/ECF filing system on February 27, 2019. I further certify that the foregoing document will be mailed by first class mail, postage prepaid, to any parties that do not participate in the CM/ECF filing system.

Jason P. Herman
DAN NEWLIN & PARTNERS
7335 W. Sand Lake Road, Suite 300
Orlando, Florida  32819
Jason.Herman@newlinlaw.com

*/s/ Charles A. Carlson*

#1162261v2