IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

DANIEL J. NEWLIN, P.A., d/b/a THE LAW OFFICES OF DAN NEWLIN & PARTNERS, DAN NEWLIN & PARTNERS, and DAN NEWLIN & PARTNERS INJURY ATTORNEYS" a Florida corporation,

    Plaintiffs,

vs.

DEX MEDIA HOLDINGS, INC., d/b/a DEXYP, a foreign profit corporation; FENSTERSHEIB LAW GROUP, P.A., a Florida profit corporation; ROBERT J. FENSTERSHEIB, an individual; and DAVID S. FENSTERSHEIB, an individual,

    Defendants.
_____/

CASE NO: 2018-CA- 014093-O

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

    You are hereby commanded to serve this Summons and a copy of the Complaint in the above-styled cause upon the Defendant:

**DEX MEDIA HOLDING, INC. d/b/a DEXYA**
**C/O REGISTERED AGENT: C T CORPORATION SYSTEM**
**1999 BRYAN ST. SUITE 900**
**DALLAS, TX 75201**

    Each Defendant is hereby required to serve written defenses to said Complaint or Petition on Jason Herman, Esquire, Dan Newlin & Partners, 7335 W. Sand Lake Road, Suite 300, Orlando, Florida, 32819; telephone: (407) 888-8000, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

Dated:                                              **Tiffany Moore Russell**
                                                    Clerk of the Circuit Court

                                             By_____
                                                    As Deputy Clerk
                                                    Civil Division
                                                    425 N. Orange Avenue, Room 310
                                                    Orlando, FL 32801

**IMPORTANT**

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en

meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**DAN NEWLIN & PARTNERS**
**7335 W. SAND LAKE ROAD, SUITE 300**
**ORLANDO, FLORIDA 32819**

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

DANIEL J. NEWLIN, P.A., d/b/a THE LAW
OFFICES OF DAN NEWLIN &
PARTNERS, DAN NEWLIN &
PARTNERS, and DAN NEWLIN &
PARTNERS INJURY ATTORNEYS" a
Florida corporation,

CASE NO: 2018-CA- 014093-O

    Plaintiffs,

vs.

DEX MEDIA HOLDINGS, INC., d/b/a
DEXYP, a foreign profit corporation;
FENSTERSHEIB LAW GROUP, P.A., a
Florida profit corporation; ROBERT J.
FENSTERSHEIB, an individual; and DAVID
S. FENSTERSHEIB, an individual,

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

    You are hereby commanded to serve this Summons and a copy of the Complaint in the above-styled cause upon the Defendant:

**ROBERT J. FENSTERSHEIB
520 W. HALLANDALE BEACH BLVD.
HALLANDALE, FL 33009**

    Each Defendant is hereby required to serve written defenses to said Complaint or Petition on Jason Herman, Esquire, Dan Newlin & Partners, 7335 W. Sand Lake Road, Suite 300, Orlando, Florida, 32819; telephone: (407) 888-8000, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

Dated:

**Tiffany Moore Russell**
Clerk of the Circuit Court

By_____
As Deputy Clerk
Civil Division
425 N. Orange Avenue, Room 310
Orlando, FL 32801

**IMPORTANT**

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en

meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**DAN NEWLIN & PARTNERS**
**7335 W. SAND LAKE ROAD, SUITE 300**
**ORLANDO, FLORIDA 32819**

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

DANIEL J. NEWLIN, P.A., d/b/a THE LAW OFFICES OF DAN NEWLIN & PARTNERS, DAN NEWLIN & PARTNERS, and DAN NEWLIN & PARTNERS INJURY ATTORNEYS" a Florida corporation,

    Plaintiffs,

vs.

DEX MEDIA HOLDINGS, INC., d/b/a DEXYP, a foreign profit corporation; FENSTERSHEIB LAW GROUP, P.A., a Florida profit corporation; ROBERT J. FENSTERSHEIB, an individual; and DAVID S. FENSTERSHEIB, an individual,

    Defendants.
_____/

CASE NO: 2018-CA- 014093-O

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

    You are hereby commanded to serve this Summons and a copy of the Complaint in the above-styled cause upon the Defendant:

**FENSTERSHEIB LAW GROUP, P.A**
**C/O REGISTERED AGENT: ROBERT J. FENSTERSHEIB**
**520 W. HALLANDALE BEACH BLVD.**
**HALLANDALE, FL 33009**

    Each Defendant is hereby required to serve written defenses to said Complaint or Petition on Jason Herman, Esquire, Dan Newlin & Partners, 7335 W. Sand Lake Road, Suite 300, Orlando, Florida, 32819; telephone: (407) 888-8000, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter.  If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

Dated:                                                     **Tiffany Moore Russell**
Clerk of the Circuit Court

By_____
As Deputy Clerk
Civil Division
425 N. Orange Avenue, Room 310
Orlando, FL 32801

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en

meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

          **DAN NEWLIN & PARTNERS**
          **7335 W. SAND LAKE ROAD, SUITE 300**
          **ORLANDO, FLORIDA 32819**