IN THE CIRCUIT COURT OF THE 9TH JUDICIAL
CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO: 18-14093

DANIEL J. NEWLIN, P.A., et al.,

    Plaintiffs,

v.

DEX MEDIA
HOLDINGS, INC., et al.,

    Defendants.
_____/

**FIRST REQUEST FOR PRODUCTION BY DEFENDANTS FENSTERSHEIB LAW GROUP, ROBERT FENSTERSHEIB AND DAVID FENSTERSHEIB**

Defendants Fenstersheib Law Group, P.A., Robert Fenstersheib and David Fenstersheib ("Fenstersheib Defendants"), pursuant to Rule 1.350, request that the Plaintiffs produce for their inspection and copying the following documents:

1. All documents showing that the Fenstersheib Defendants conspired with the Lead Brokers to harm the Plaintiffs or to commit an unlawful act.

2. All documents showing that the Fenstersheib Defendants aided and abetted the Lead Brokers in causing any harm to the Plaintiffs.

3. All correspondence between the Plaintiffs and any nonparty to this action which references or mentions any unlawful act committed by Robert Fenstersheib, David Fenstersheib or the Fenstersheib Law Group, P.A.

4. All documents showing that the Lead Brokers engaged in any unlawful activity which caused damages to the Plaintiff.

5.     All correspondence between any of the parties to this action which mentions or refers to Robert Fenstersheib, David Fenstersheib or the Fenstersheib Law Group, P.A.

6.     All documents showing damages that Plaintiffs have sustained because of any of the Defendants' actions described in this lawsuit.

7.     All documents showing that Robert Fenstersheib, David Fenstersheib or the Fenstersheib Law Group, P.A., committed an unfair trade practice against the Plaintiffs.

8.     All documents showing that Robert Fenstersheib, David Fenstersheib or the Fenstersheib Law Group, P.A., engaged in unfair competition which harmed the Plaintiffs.

## CERTIFICATE OF SERVICE

I certify that a copy hereof was provided through the Florida E-Filing Portal to Jason Herman, Esq., and Derrick Valkenburg, Esq., 7335 West Sand Lake Road, Suite 300, Orlando, Florida 32819, on this February 8, 2019.

/s/ MARK GOLDSTEIN
FL Bar No: 882186
1835 NE Miami Gardens Drive, Suite 211
Miami, Florida 33179
Telephone: (305) 342-4839
E-Mail: markgoldsteinattorney@gmail.com