UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL J. NEWLIN, P.A.,

    Plaintiff,                                                        Case No. 6:19-cv-383-Orl-31GJK

v.

DEX MEDIA HOLDINGS, INC.,
FENSTERSHEIB LAW GROUP, P.A.,
ROBERT J. FENSTERSHEIB and
DAVID S. FENSTERSHEIB,

    Defendants.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO THE COMPLAINT**

Pursuant to Local Rule 3.01, Defendant Dex Media Holdings, Inc. d/b/a DexYP ("DexYP) respectfully requests that the Court grant a thirty (30) day extension of time to respond to the Complaint. In support of this Motion, DexYP states as follows:

1.    The Complaint in this case was filed on December 31, 2018 in the Circuit Court of the Ninth Judicial Circuit in Orange County, Florida and DexYP was served with the Complaint on February 7, 2019.

2.    On February 27, 2019, Dex Media removed the case from state court to this Court.

3.    DexYP's deadline to respond to the Complaint is today, March 6, 2019.

4.    Additional time to respond to the Complaint would provide the parties with time to explore a resolution of the dispute without incurring additional costs related to the instant litigation.

5.    In addition, the Complaint contains thirteen (13) counts and DexYP needs sufficient and additional time to formulate its response.

6. DexYP requests that the Court grant it a thirty (30) day extension of time from today to respond to the Complaint up to and including **April 5, 2019**.

7. This Motion is not made for purposes of delay and no party will be prejudiced by the requested extension.

WHEREFORE, DexYP requests that the Court grant an extension of time to respond to the Complaint up to and including April 5, 2019.

### Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for Dex Media contacted counsel for Plaintiff on March 6, 2019. Counsel for Plaintiff is not opposed to the requested extension.

Respectfully submitted,

BARNETT, BOLT, KIRKWOOD,
LONG, KOCHE & FOSTER, P.A.

*/s/ Charles A. Carlson*
Charles A. Carlson
Florida Bar No. 716286
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
Tel.: (813) 253-2020 / Fax: (813) 251-6711
E-mail: ccarlson@barnettbolt.com
Secondary e-mail: litigation@barnettbolt.com

*Attorneys for Dex Media Holdings, Inc. d/b/a DexYP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing will be served by electronic service through the Clerk of the Court's CM/ECF filing system on **March 6, 2019**. I further certify that the foregoing document will be mailed by first class mail, postage prepaid, to any parties that do not participate in the CM/ECF filing system.

| | |
|---|---|
| Jason P. Herman, Esq.<br>Derrick M. Valkenburg, Esq.<br>DAN NEWLIN & PARTNERS<br>7335 W. Sand Lake Road, Suite 300<br>Orlando, Florida  32819<br>Jason.Herman@newlinlaw.com<br>Derrick.Valkenburg@newlinlaw.com<br>Attorneys for Plaintiff | Mark A. Goldstein, Esq.<br>1835 NW Miami Gardens Drive, Suite 211<br>Miami, Florida 33179<br>markgoldsteinattorney@gmail.com<br>Attorney for Fenstersheib Law Group, Robert Fenstersheib and David Fenstersheib |

*/s/ Charles A. Carlson*
ATTORNEY

#1163539v2