UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL J. NEWLIN, P.A.,

    Plaintiff,                                                     Case No. 6:19-cv-383-Orl-31GJK

v.

DEX MEDIA HOLDINGS, INC.,
FENSTERSHEIB LAW GROUP, P.A.,
ROBERT J. FENSTERSHEIN and
DAVID S. FENSTERSHEIB,

    Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

__X__   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted,

BARNETT, BOLT, KIRKWOOD,
LONG, KOCHE & FOSTER, P.A.

*/s/ Charles A. Carlson*
Charles A . Carlson
Florida Bar No. 716286
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
Tel.: (813) 253-2020 / Fax: (813) 251-6711
E-mail: ccarlson@barnettbolt.com
Secondary e-mail: litigation@barnettbolt.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be served by electronic service through the Clerk of the Court's CM/ECF filing system on **March 6, 2019**. I further certify that the foregoing document will be mailed by first class mail, postage prepaid, to any parties that do not participate in the CM/ECF filing system.

| | |
|---|---|
| Jason P. Herman, Esq.<br>Derrick M. Valkenburg, Esq.<br>DAN NEWLIN & PARTNERS<br>7335 W. Sand Lake Road, Suite 300<br>Orlando, Florida  32819<br>Jason.Herman@newlinlaw.com<br>Derrick.Valkenburg@newlinlaw.com<br>Attorneys for Plaintiff | Mark A. Goldstein, Esq.<br>1835 NW Miami Gardens Drive, Suite 211<br>Miami, Florida 33179<br>markgoldsteinattorney@gmail.com<br>Attorney for Fenstersheib Law Group, Robert Fenstersheib and David Fenstersheib |

*/s/ Charles A. Carlson*
ATTORNEY

#1163530

2