# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIEL J. NEWLIN, P.A.,**

    **Plaintiff,**

v.                                                      Case No:   6:19-cv-383-Orl-31GJK

**DEX MEDIA HOLDINGS, INC.,**
**FENSTERSHEIB LAW GROUP, P.A.,**
**ROBERT J. FENSTERSHEIB and DAVID**
**S. FENSTERSHEIB,**

    **Defendants.**

## ORDER

The parties were given until March 14, 2019, to respond to the Related Case Order (Doc. 4) and the Interested Persons Order (Doc. 5), both entered February 28, 2019.   Plaintiff and Defendants Fenstersheib Law Group, P.A., Robert J. Fenstersheib, and David S. Fenstersheib have failed to respond and are hereby **ORDERED TO SHOW CAUSE** by April 9, 2019, why sanctions should not be imposed, which may include dismissal of this case, for failure to respond to the Related Case Order and Interested Persons Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 26, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party