# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DANIEL J. NEWLIN, P.A.,**

      **Plaintiff,**

v.                                                                                  Case No: 6:19-cv-383-Orl-31GJK

**DEX MEDIA HOLDINGS, INC.,
FENSTERSHEIB LAW GROUP, P.A.,
ROBERT J. FENSTERSHEIB and
DAVID S. FENSTERSHEIB,**

      **Defendants.**

_____

## PLAINTIFF'S RESPONSE TO COURT ORDER DATED MARCH 26, 2019 (DOC. 10)

Plaintiff, Daniel J. Newlin, P.A. ("Plaintiff"), and its counsel file this response to the Court's order dated March 26, 2019. (Doc. 10)

1.    Lead trial counsel, Jason P. Herman ("Mr. Herman"), and co-counsel, Derrick M. Valkenburg ("Mr. Valkenburg"), are representing Plaintiff.

2.    Mr. Herman and Mr. Valkenburg failed to properly communicate as to who would handle filing Plaintiff's Notice of Pendency of Other Cases and Certificate of Interested Persons.

3.    Each misunderstood and believed the other would prepare and file them.

4.    On March 26, 2019, the Court entered its order to show cause. (Doc. 10)

5.    Upon receipt of the order to show cause, Mr. Herman and Mr. Valkenburg realized their mistake and cured the non-compliance by preparing and filing the appropriate documents.

WHEREFORE, Plaintiff, Daniel J. Newlin, P.A., and its counsel respectfully request that the Court enter an order finding that Plaintiff and its counsel have shown cause for the failure to

comply with the Court's orders, (Doc. 4 and 5), and enter an order discharging the court's March 26, 2019, order as to Plaintiff and its counsel.

Dated: March 29, 2018.

Respectfully submitted,

Dan Newlin & Partners

 */s/ Derrick M. Valkenburg*
**Jason P. Herman, Esq.**
Florida Bar No.: 149357
Jason.Herman@newlinlaw.com
Marlene.Zervos@newlinlaw.com
Evelyn.Manzueta@newlinlaw.com
Direct: 407-203-6580
**Derrick M. Valkenburg, Esq.**
Florida Bar No.: 11468
Derrick.Valkenburg@newlinlaw.com
Heather.Hughes@newlinlaw.com
Mallory.Walker@newlinlaw.com
Direct: 407-203-6615
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Attorneys for Plaintiff