UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO: 6:19-CV-383-ORL-31GJK

DANIEL J. NEWLIN,

    Plaintiff,

v.

DEX MEDIA
HOLDINGS, INC., et al.,

    Defendants.
_____/

## DEFENDANT FENSTERSHEIB'S NOTICE OF PENDENCY OF RELATED ACTIONS

Defendants Fenstersheib Law Group, P.A., Robert Fenstersheib and David Fenstersheib (collectively referred to as "Fenstersheib"), hereby disclose the following related cases pursuant to this Court's Order of February 28, 2019:

In accordance with Local Rule 1.04(d), I certify that the instant action is related to the following pending civil cases:

1.     Newlin v. Elocal USA, Orange County Circuit Court Case No: 2018-CA-13257-O
This lawsuit is nearly identical to this pending lawsuit and in it the same Plaintiff sues Defendant Fenstersheib.

2.     Newlin v. MH SUB I, LLC, Orange County Circuit Court Case No: 2019-CA-915-O
This lawsuit is nearly identical to this pending lawsuit and in it the same Plaintiff sues Defendant Fenstersheib.

## CERTIFICATE OF SERVICE

I CERTIFY that on April 3, 2019, a copy hereof was electronically filed through the CM/ECF system and simultaneously sent electronically through such system to all persons identified on the Notice of Electronic Filing.

    /s/ MARK GOLDSTEIN
    FL Bar No: 882186
    1835 NE Miami Gardens Drive, Suite 211
    Miami, FL 33179
    Telephone: (305) 342-4839
    E-Mail: markgoldsteinattorney@gmail.com