UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO: 6:19-CV-383-ORL-31GJK

DANIEL J. NEWLIN,

      Plaintiff,

v.

DEX MEDIA
HOLDINGS, INC., et al.,

      Defendants.

_____/

<u>DEFENDANT FENSTERSHEIB'S RESPONSE TO ORDER TO SHOW CAUSE</u>

      Defendants Fenstersheib Law Group, P.A., Robert Fenstersheib and David Fenstersheib (collectively referred to as "Fenstersheib"), respond to the Court's Order to Show Cause of March 26, 2019 (DE10), as follows:

      1.     The undersigned counsel for Fenstersheib is a sole practitioner who has been out of the office helping care for his father who recently underwent surgery for Glioblastoma.[1]

      2.     As a result, the undersigned inadvertently missed this Court's deadline contained in the Court's Order of February 28, 2019.

      3.     The undersigned apologizes for any inconvenience caused to the Court and requests that the Court discharge the Order to Show Cause.

<u>CERTIFICATE OF SERVICE</u>

      I CERTIFY that on April 3, 2019, a copy hereof was electronically filed through the CM/ECF system and simultaneously sent electronically through such system to all persons identified on the Notice of Electronic Filing.

      /s/ MARK GOLDSTEIN
      FL Bar No: 882186
      1835 NE Miami Gardens Drive, Suite 211
      Miami, FL 33179
      Telephone: (305) 342-4839
      E-Mail: markgoldsteinattorney@gmail.com

---

[1] Glioblastoma is a deadly brain cancer which took the lives of Senator John McCain, Senator Edward Kennedy and Joseph "Beau" Biden III (the son of former VP Joe Biden).